AO 442 (Rev 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

United States of America
v.
Onwuchekwa Nnanna Kalu

*Defendant*

Case: 1:21-cr-00481
Assigned to: Judge Hogan, Thomas F.
Assign Date: 7/20/2021
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Onwuchekwa Nnanna Kalu

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy);
18 U.S.C. § 1343 (Wire Fraud);
18 U.S.C. § 1956 (Laundering of Monetary Instruments);
18 U.S.C. § 2 (Aiding and Abetting, Causing an Act to be Done)

Date: 07/20/2021

G. Michael Harvey
2021.07.20
15:49:42 -04'00'

*Issuing officer's signature*

City and state: Washington, DC

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/20/2021, and the person was arrested on *(date)* 4/6/2023
at *(city and state)* Washington D.C.

Date: 4/7/2023

*Arresting officer's signature*

Vincent Cruse D.U.S.M
*Printed name and title*